STATE OF NEW JERSEY v. FLETCHER BAKER.

April 4, 1977. Petition for certification denied.

CITY OF UNION CITY v. DANIEL R. LAWLOR.

April 4, 1977. Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF D. F.

April 4, 1977. Petition for certification denied. (See 145 *N. J. Super.* 381)

MIKE KOTCHER v. LAYTHAM FOUNDRY, INC.

April 4, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN BORWEY, JR.

April 4, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH M. ESPOSITO.

April 5, 1977. Petition for certification denied. (See 148 *N. J. Super.* 102)